# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Steven Myers

                  Plaintiff,

v.                                     Case No.: 1:14–cv–00780
                                               Honorable Robert W. Gettleman

AbbVie Inc, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 5, 2014:

       MINUTE entry before the Honorable Robert W. Gettleman: Defendants' motion [17] to suspend the requirement to answer or otherwise plead is granted. The motion presentment date of 3/6/2014 is stricken. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.